HAYNES & BOONE, LLP
PHILIP B. PHILBIN
　Texas Bar. No. 15909020
DONALD C. TEMPLIN
　Texas Bar. No. 19771500
DEBRA J. McCOMAS
　Texas Bar. No. 00794261
901 Main St., Suite 3100
Dallas, Texas 75202-3789
Telephone:　(214) 651-5000
Facsimile:　(214) 651-5940

SHEPPARD, MULLIN, RICHTER
& HAMPTON LLP
　A Limited Liability Partnership
　Including Professional Corporations
DAVID A. DeGROOT, CBN 168073
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:　415-434-9100
Facsimile:　415-434-3947

Attorneys for Plaintiff and Judgment Creditor
CHASE MEDICAL, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| CHASE MEDICAL, L.P., <br><br>　　　　　Plaintiff, <br><br>　　v. <br><br>CHF TECHNOLOGIES, INC. and ENDOSCOPIC TECHNOLOGIES, INC., <br><br>　　　　　Defendants. | Case No. CV-08-80085-CW (Misc.) <br><br>**CHASE MEDICAL'S NOTICE OF WITHDRAWAL OF REGISTRATION OF JUDGMENT** |

-1-

W02-WEST:5DD\400899931.1　　　　　　　　CHASE MEDICAL'S NOTICE OF WITHDRAWAL OF
　　　　　　　　　　　　　　　　　　　　　REGISTRATION OF JUDGMENT

Chase Medical, L.P., Plaintiff and Judgment Creditor in the above-referenced case, hereby provides Notice of Withdrawal of Registration of Judgment recorded in this Court at CV-08-80085-CW (Misc.).

A judgment was entered on April 2, 2008, in the Office of the Clerk of the United States District Court for the Northern District of Texas against Defendants CHF Technologies, Inc. and Endoscopic Technologies, Inc. ("Final Judgment").

The Final Judgment was registered in this Court at CV-08-80085-CW (Misc.) but has not been served on the Judgment Debtors.

The monetary portion of the judgment has been satisfied and a Notice of Partial Satisfaction of Judgment has been filed in the United States District Court for the Northern District of Texas (attached).

Accordingly, plaintiff Chase Medical, L.P. hereby withdraws the Registration of Judgment.

Dated: June 16, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By   /s/ David A. DeGroot
DAVID A. DeGROOT
Attorneys for Plaintiff and Judgment Creditor
CHASE MEDICAL, L.P.

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHASE MEDICAL, L.P., § <br> § <br> Plaintiff, § <br> § <br> v. § <br> § <br> CHF TECHNOLOGIES, INC., and § <br> ENDOSCOPIC TECHNOLOGIES, INC., § <br> § <br> Defendants. § | Civil Action No. 3:04-cv-02570-M |

## NOTICE OF PARTIAL SATISFACTION OF JUDGMENT

**WHEREAS**, a judgment was entered on April 2, 2008, in the Office of the Clerk of the United States District Court for the Northern District of Texas against the Defendants CHF Technologies, Inc. and Endoscopic Technologies, Inc.

**WHEREAS**, Chase Medical has accepted a cash settlement from all Defendants in lieu of any and all monetary amounts awarded in the Final Judgment,

**WHEREAS**, the monetary portions of the Final Judgment have been satisfied by the Defendants CHF Technologies, Inc. and Endoscopic Technologies, Inc.

**THEREFORE**, satisfaction of the monetary portions of the Final Judgment is hereby acknowledged and the Clerk of the United States District Court, Northern District of Texas is hereby requested to discharge the monetary portions of the judgment.

The non-monetary injunction relief granted in the Final Judgment is to remain in full force and effect.

Dated: June 13, 2008

/s/ Donald C. Templin
Phillip B. Philbin
Texas State Bar No. 15909020
Donald C. Templin
Texas State Bar No. 19771500
Debra J. McComas
Texas State Bar No. 00794261
**HAYNES AND BOONE, L.L.P.**
901 Main Street, Suite 3100
Dallas, Texas 75202-3789
Tel: 214-651-5000
Fax: 214-651-5940

**ATTORNEYS FOR CHASE MEDICAL, L.P.**